IT IS HEREBY ADJUDGED
and DECREED this is SO
ORDERED.

Dated: April 12, 2011



_____
**SARAH S. CURLEY**
**U.S. Bankruptcy Judge**

# TIFFANY & BOSCO
P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-15912

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Mark Louis Berry  and Constance Yvonne Berry<br>               Debtors.<br>_____<br>US Bank National Association, as Trustee for<br>CSFB Home Equity Pass-Through Certificates<br>Series 2006-8 by its Attorney in fact Wells Fargo<br>Bank, N.A.<br>               Movant,<br>        vs.<br><br>Mark Louis Berry  and Constance Yvonne Berry,<br>Debtors, Edward J. Maney, Trustee.<br><br>               Respondents. | No. 2:10-BK-17746-SSC<br><br>Chapter 13<br><br>ORDER<br><br>(Related to Docket #33) |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated May 12, 2006 and recorded in the office of the Maricopa County Recorder wherein US Bank National Association, as Trustee for CSFB Home Equity Pass-Through Certificates Series 2006-8 by its Attorney in fact Wells Fargo Bank, N.A. is the current beneficiary and Mark Louis Berry and Constance Yvonne Berry have an interest in, further described as:

LOT 77, OF MOUNTAIN VISTA RANCH PARCEL 10, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 417 OF MAPS, PAGE 34.
A.P.N.: 501-77-366

IT IS FURTHER ORDERED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.